| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.1800 | 31.50 | 289.17 | 6,305.34 |
| Incentive | | | | 353.79 |
| OT Premium | | | 15.75 | 80.89 |
| Production | | | | 295.56 |
| **Gross Pay** | | | **$304.92** | 7,109.02 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -18.91 | 440.76 |
| | Medicare Tax | -4.42 | 103.08 |
| | GA State Income Tax | -8.87 | 238.50 |
| **Other** | | | |
| | Bankruptcy | -62.50 | 625.00 |
| | Support Order | -25.72 | 488.68 |
| | Vol. Ee Life | -1.54 | |
| **Net Pay** | | **$182.96** | |
| **Net Check** | | **$182.96** | |

Your federal taxable wages this period are $304.92

TEAR HERE    © 1998, 2006. ADP, LLC All Rights Reserved.

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.1800 | 40.00 | 367.20 | 6,016.17 |
| Incentive | | | | 338.04 |
| OT Premium | | | | 80.89 |
| Production | | | 20.00 | 295.56 |
| **Gross Pay** | | | **$387.20** | 6,804.10 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Social Security Tax | -24.00 | 421.85 |
| Medicare Tax | -5.61 | 98.66 |
| GA State Income Tax | -13.81 | 229.63 |
| **Other** | | |
| Bankruptcy | -62.50 | 562.50 |
| Support Order | -25.72 | 462.96 |
| Vol. Ee Life | -1.54 | |
| **Net Pay** | **$254.02** | |
| **Net Check** | **$254.02** | |

Your federal taxable wages this period are $387.20

◀ TEAR HERE    © 1998, 2006. ADP, LLC All Rights Reserved.

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.1800 | 24.00 | 220.32 | 5,648.97 |
| Holiday | 9.1800 | 8.00 | 73.44 | 318.04 |
| Incentive | | | 12.00 | 80.89 |
| OT Premium | | | | 295.56 |
| Production | | | | 6,416.90 |
| **Gross Pay** | | | **$305.76** | |

### Deductions

**Statutory**
| | | |
|---|---|---|
| Social Security Tax | -18.96 | 397.85 |
| Medicare Tax | -4.44 | 93.05 |
| GA State Income Tax | -8.92 | 215.82 |

**Other**
| | | |
|---|---|---|
| Bankruptcy | -62.50 | 500.00 |
| Support Order | -25.72 | 437.24 |
| Vol. Ee Life | -1.54 | |

**Net Pay** $183.68

**Net Check** $183.68

Your federal taxable wages this period are $305.76

© 1998, 2006. ADP, LLC All Rights Reserved.

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.1800 | 40.25 | 369.50 | 5,088.99 |
| OT Premium | 4.5900 | .25 | 1.15 | 80.89 |
| OT Premium | | | | |
| Incentive | | | 20.13 | 287.54 |
| Production | | | | 5.55 |
| **Gross Pay** | | | **$390.78** | **5,462.97** |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Social Security Tax | -24.22 | 338.70 |
| Medicare Tax | -5.66 | 79.21 |
| GA State Income Tax | -14.02 | 177.44 |
| Other | | |
| Bankruptcy | | 375.00 |
| Support Order | -62.50 | 385.80 |
| Vol. Ee Life | -25.72 | |
| | -1.54 | |
| **Net Pay** | **$257.12** | |
| **Net Check** | **$257.12** | |

Your federal taxable wages this period are $390.78

TEAR HERE
© 1998, 2006. ADP, LLC All Rights Reserved.

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.1800 | 49.50 | 454.41 | 4,719.49 |
| OT Premium | 4.5900 | 9.50 | 43.61 | 79.74 |
| Incentive | | | 21.88 | 267.41 |
| Production | | | | 5.55 |
| **Gross Pay** | | | **$519.90** | 5,072.19 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Social Security Tax | -32.24 | 314.48 |
| Medicare Tax | -7.54 | 73.55 |
| GA State Income Tax | -21.77 | 163.42 |
| Other | | |
| Bankruptcy | -62.50 | 312.50 |
| Support Order | -25.72 | 360.08 |
| Vol. Ee Life | -1.54 | |

**Net Pay** $368.59

**Net Check** $368.59

Your federal taxable wages this period are $519.90

TEAR HERE

© 1998, 2006. ADP, LLC All Rights Reserved.

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.1800 | 37.75 | 346.55 | 4,265.08 |
| Incentive | | | 18.88 | 245.53 |
| OT Premium | | | | 36.13 |
| Prooduction | | | | 5.55 |
| **Gross Pay** | | | **$365.43** | 4,552.29 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Social Security Tax | -22.65 | 282.24 |
| Medicare Tax | -5.30 | 66.01 |
| GA State Income Tax | -12.50 | 141.65 |
| Other | | |
| Bankruptcy | -62.50 | 250.00 |
| Support Order | -25.72 | 334.36 |
| Vol. Ee Life | -1.54 | |
| **Net Pay** | **$235.22** | |
| **Net Check** | **$235.22** | |

Your federal taxable wages this period are $365.43

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 8.5000 TO 9.1800.

◀ TEAR HERE    © 1998, 2006. ADP, LLC All Rights Reserved.

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.5000 | 37.75 | 320.88 | 3,548.78 |
| Incentive | | | 18.88 | 206.15 |
| OT Premium | | | | 21.25 |
| Production | | | | 5.55 |
| **Gross Pay** | | | **$339.76** | 3,781.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -21.07 | 234.47 |
| | Medicare Tax | -4.93 | 54.84 |
| | GA State Income Tax | -10.96 | 114.27 |
| Other | | | |
| | Bankruptcy | -62.50 | 125.00 |
| | Support Order | -25.72 | 282.92 |
| **Net Pay** | | **$214.58** | |
| **Net Check** | | **$214.58** | |

Your federal taxable wages this period are $339.76

TEAR HERE
© 1998, 2006. ADP, LLC All Rights Reserved.